JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br>     Plaintiff, <br> v. <br> **Luis Garcia**; <br>     Defendant. | **Case:** 2:18-CV-02374-VAP-FFM <br><br> [proposed] **JUDGMENT** |

    Following the Court's March 8, 2019, Ruling on Plaintiff's Motion for Summary Judgment, having found true the facts necessary to establish that violations under the Americans with Disabilities Act and California Unruh Civil Rights Act have occurred, the Court granted judgment in favor of Plaintiff Chris Langer and against Defendant Luis Garcia in the amount of $4,000 in statutory damages. Defendant Luis Garcia is to install restroom grab bars consistent with ADAAG 2010 requirements §§ 604.5 and 609 and insulated restroom sink plumbing consistent with § 606.5.

    Further, by stipulation, the parties agree that Defendant will install a van accessible parking space compliant with ADAAG 2010 requirements within 60 days of judgment. Defendant shall keep and maintain the property compliant with applicable ADAAG and California Building Code standards.

1       Plaintiff shall have 28 days from this judgment to file his motion for attorney's
2 fees and costs should he choose to do so.

4 **SO ORDERED.**

5 Dated: July 24, 2019            By: _/s/ Virginia A. Phillips_
6                                               Virginia A. Phillips
7                                             United States District Judge